A CERTIFIED TRUE COPY

MAY 1 8 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

MAY 2 4 2006

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 2 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1715*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

06CV3126

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-3)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 36 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, 408 F.Supp.2d 1354 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

DIST. DIV. C.A. #            CASE CAPTION

CONNECTICUT
  CT  3  06-182              Susan Fitzgerald, et al. v. Ameriquest Mortgage Co.
  CT  3  06-195              Monique M. Belcher, et al. v. Ameriquest Mortgage Co.
  CT  3  06-209              John W. Anderson, Jr., et al. v. Ameriquest Mortgage Co., et al.
  CT  3  06-384              John McCall, et al. v. Ameriquest Mortgage Co., et al.  06CV3126

FLORIDA MIDDLE
  FLM  8  06-477             Johnnie Faison v. Argent Mortgage Co., LLC

HAWAII
  HI  1  06-131              Leimana DaMate v. AMC Mortgage Services, Inc., et al.

NEW YORK EASTERN
  ~~NYE-1  05-4715~~         ~~Mary Overton v. Ameriquest Mortgage Co., et al.~~  Opposed 5/18/06